

United States Department of State

Washington, D.C.   20520

## TO WHOM IT MAY CONCERN:

This is to certify that I, Holly S.G. Coffey, Acting Assistant Chief of Protocol of the United States Department of State, am responsible for registering and maintaining the official records of diplomatic and consular officers, and other employees of foreign governments and international organizations in the United States and its territories.

A review of the official records of the Department of State indicates that Mrs. Nimisha J. Madhvani-Chandaria was duly notified to the Department of State as First Secretary (Public Relations and Commercial) at the Embassy of Uganda on September 17, 1993. She continues to serve in that capacity.

As a diplomatic agent notified to the Department of State, Mrs. Madhvani-Chandaria is entitled to the privileges and immunities set forth in the Vienna Convention on Diplomatic Relations (23 UST 3227; TIAS 7502; 500 UNTS 95), which embodies customary international law governing the extension of privileges and immunities. Article 31 of the Convention provides:

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That Holly S. G. Coffey, whose name is subscribed to document hereunto annexed, was at the time of subscribing the Acting Assistant Chief , Office of Protocol, Department of United States of America, and that full faith and credit are her acts as such.

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-eighth day of April, 2005.

*Condoleezza Rice*
Secretary of State

By *[signature]*
Assistant Authentication Officer,
Department of State

*Issu... suan... XIV, State of*
*Sep... 789... t. 68-69; 22*
*USC... 22... 51a; 5 USC*
*301... SE 1... seq.; 8 USC*
*144... JLE... eral Rules of*
*Civi... dure.*

*his certificate is not valid if it is removed or altered in any way whatsoever*

- 2 -

1. A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction, except in the case of:

    (a) a real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

    (b) an action relating to succession in which the diplomatic agent is involved as executor, administrator, heir or legates as a private person and not on behalf of the sending State;

    (c) an action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside his official functions.

2. A diplomatic agent is not obliged to give evidence as a witness.

*************

_____
Holly S. G. Coffey
Acting Assistant Chief of Protocol

Department of State,

    Washington, April 28, 2005