IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WARU,<br><br>    Plaintiff,<br><br>v.<br><br>NIMISHA MADHVANI, AMIT MADHVANI, AND NEETA MADHVANI,<br><br>    Defendants. | Civil Action no. 1:05CV00662 (ES) |

## ORDER

UPON CONSIDERATION of Defendant Nimisha Madhvani's Motion to Quash Service of the Summons and Complaint and to Dismiss the Complaint on grounds of diplomatic immunity,

IT IS HEREBY ORDERED THAT the Motion is granted.

IT IS FURTHER ORDERED THAT service of the Summons and Complaint upon Defendant Nimisha Madhvani be quashed and the Complaint be dismissed with prejudice with regard to Nimisha Madhvani.

    SO ORDERED THIS _____ day of _____, 2004.

                _____
                Emmett G. Sullivan, U.S. District Judge

with copies to:

Minh N. Vu
Epstein, Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Janie Chuang
International Human Rights Law Clinic
American University
Washington College of Law
4801 Massachussetts Ave., N.W.
Washington, D.C.  20016

DC:288885v1