**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN WARU,<br><br>    Plaintiffs,<br><br>v.<br><br>NIMISHA MADHVANI, AMIT MADHVANI, AND NEETA MADHVANI,<br><br>    Defendants. | 1: 05CV00662 (ES) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    By mutual agreement of the parties in this case and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Susan Waru hereby dismisses with prejudice this entire case and all of the claims asserted therein against all named defendants.  Each party will bear its own costs, attorneys' fees, and expenses.

Date:  August 2, 2005

Respectfully submitted,

_____/**s**/_____       _____/**s**/_____
Janie Chuang      Minh N. Vu
(D.C. Bar No. 466220)      (D.C. Bar No. 256727)

International Human Rights Law Clinic      Epstein Becker and Green, P.C.
American University Washington College Law      1227 25th Street, N.W.
48701 Massachusetts Avenue, NW      Washington, D.C. 20037
Washington, D.C. 20016      (202) 861-0900
(202) 274-4306      (202) 296-2882 (fax)
(202) 274-0659 (fax)

_____/s/_____
David W. DeBruin (D.C. Bar No. 337626)
Martina E. Vandenberg (D.C. Bar No. 476685)
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200
Washington, DC 20005

**Attorneys for Plaintiff**      **Attorneys for Defendants Nimisha Madhvani, Amit Madhvani, and Neeta Madhvani**